United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KENNEDY,<br>   Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br>   Defendant. | Case No. 24-cv-00867-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 31 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. Dkt. No. 31.

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE and any hearings scheduled in this matter are VACATED. I retain jurisdiction to enforce the settlement. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. Any motion for fees is to be conclusively litigated by April 16, 2025. **IT IS SO ORDERED**.

Dated: January 13, 2025



WILLIAM H. ORRICK
United States District Judge